UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL CALDWELL,

    Plaintiff,

File no: 1:09-CV-1093

v.

HON. ROBERT HOLMES BELL

PATRICIA CARUSO, et al.,

    Defendants.
_____/

# ORDER ADOPTING AND
# APPROVING THE REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation (R&R) filed by the United States Magistrate Judge in this action (Dkt. No. 11). The R&R was duly served on the parties. No objections have been filed. Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation (Dkt. No. 11) is hereby **ADOPTED** and **APPROVED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's motion for a temporary restraining order and preliminary injunction (Dkt. No. 6) is **DENIED**, without prejudice to Plaintiff's ability to renew his motion with appropriate factual support after Defendants have appeared.

Dated: February 12, 2010          /s/ Robert Holmes Bell
                                               ROBERT HOLMES BELL
                                               UNITED STATES DISTRICT JUDGE